ENTERED
CLERK, U.S. DISTRICT COURT
JUL - 7 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY ENTER JS-6 P SEND
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U S DISTRICT COURT
JUL - 1 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PHILLIP LEEPER, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 03-04126-MMM(AJWx) |
| v. | |
| SAMULE TULLY, | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable  MARGARET MORROW , District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

N/A

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of  0.00  .

Clerk, U. S. District Court

Dated: 6/30/05               By ANEL HUERTA
                                Deputy Clerk

At: _____

cc:   Counsel of record

CV-44 (11/96)        JUDGMENT ON THE VERDICT FOR DEFENDANT(S)